☒ FILED  ☐ LODGED

**Feb 20 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Alfred "Erika" Caraffa #350727
Name and Prisoner/Booking Number

ASPC-Tucson Rincon Five Able Five
Place of Confinement

PO Box 24403
Mailing Address

Tucson Arizona 85734
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Alfred E. Caraffa 350727 et.al
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Ryan Thornell et.al.,
(Full Name of Defendant)

(2) ADCRR Et.al.,

(3) State of Arizona et.al.,

(4) Gov; Katie Hobbs et.al.,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO.  CV-24-00096-TUC-JGZ-PSOT
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☒ Other: 28 USC section 1711 class Action and Jensen et al v. Thornell et al. 2-12-CV-00601-PHX-ROS

2. Institution/city where violation occurred: ASPC-Tuc / State of Arizona

7 total pgs.

Revised 12/1/23

550/555

## B. DEFENDANTS

1. Name of first Defendant: __Ryan Thornell__. The first Defendant is employed as: __Director of Arizona State Prisons__ (Position and Title) at __unconstitutional state employee__ (Institution)

2. Name of second Defendant: __ADCRR__. The second Defendant is employed as: __Arizona Dept. of Corrections__ (Position and Title) at __unconstitutional state entity__ (Institution)

3. Name of third Defendant: __State of Arizona__. The third Defendant is employed as: __the State of Arizona__ (Position and Title) at __State governmental Entity__ (Institution)

4. Name of fourth Defendant: __Gov. Katie Hobbs__. The fourth Defendant is employed as: __Governess of the state of Arizona__ (Position and Title) at __State government employee__ (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If yes, how many lawsuits have you filed? __Approx 172__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __See Query__ v. __Search__
      2. Court and case number: __See Query Search__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __See Query Search__

   b. Second prior lawsuit:
      1. Parties: __N/A__ v. __N/A__
      2. Court and case number: __N/A__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

   c. Third prior lawsuit:
      1. Parties: __N/A__ v. __N/A__
      2. Court and case number: __N/A__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Eighth Amendment U.S. Constitution

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Cruel and unusual punishment

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On Feb. 17th 2024, under color of an unconstitutional state law and in violation of an U.S. District Court of Arizona order and Injunction Defendants knowingly and willingly disobeyed a federal court order and did not provide Alfred E. Caratta #350727 at Rincon unit Housing unit five with a brunch meal at breakfast nor a third meal of this Saturday. As commanded to do so by Federal U.S. District Court order signed by Honorable Judge Silver

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Violation of an Federal U.S. District Court order and Injunction in Jensen et al v. Thornell et al., 2-12-CV-00601-PHX-ROS

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N/A

## E. REQUEST FOR RELIEF

State the relief you are seeking: For count one, I seek the sum of $15,000,000.00 Million Dollars (Fifthteen Million Dollars) And Enforcement of the United States District Court order in Jensen V. Thornell 2-22-CV-00607-PHX-ROS. Plus Interest, All fees and costs incurred and Any Attorney/Paralegal fees.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/20/2024
DATE

_____
SIGNATURE OF PLAINTIFF

Alfred E. Caroff 330727
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

N/A
(Signature of attorney, if any)

N/A
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

4 of 7

In the United States District Court in the District of **Arizona**

| | |
|---|---|
| Alfred E. Caraffa #350727 et. al., | Case Number _____ |
| Plaintiff | Statement of fact. |
| vs. | |
| Ryan Thornell et. al., Defendant(s) | |

I, Alfred E. Caraffa 350727 Being Pro se Counsel of Record and held in Custody of the State of Arizona UNconstitutionally By the Defendants ADCRR who have NO Federal Jurisdiction In An Absolute Jurisdiction and control under the Congress (of the United States)

    I Heredo enter this statement of Fact on Feb. 17th 2024 in the cited class Action

1 of 3 of 7

Civil suit.

On Feb 17th 2024, the Defendant(s) knowingly and willingly showed up on the property of Another and while on that property of Another disobeyed A federal court order and Injunction in place in Jensen et.al., v. Thornell et.al., 2-12-CV-00601-PHX-ROS.

The Defendant(s) in An unconstitutional Capacity with NO Federal Jurisdiction to control of prisoner(s) Refused to provide the population of Rincon Unit at ASPC-Tucson In the State of Arizona with A third Meal For this Saturday Feb. 17th 2024.

As commanded to compliance by A federal U.S. District Court order and Injunction.

As An unconstitutional policy and custom to violations of the federal court order of the United States of America.

I seek that 900 Million Dollars Be placed into the Courts holding for Restitution For all those who seek to the claims they

2 of 3 of 7

Are Entitled to By A Federal U.S. District Court order.

I, Alfred E. Caraffa #350727 Heredo Seek the Sum of $875,000.00 Dollars plus Interest on the Judgment and Also Enforcement of the U.S. District Court ORDER IN place.

Additionally, I seek one Count of Contempt of A federal Court order for each employee that worked on Saturday Feb. 17th 2024 In the Unconstitutional Capacity of the Arizona Dept. of Corrections.

And one Count of Treason for Disobeying the United States of America knowingly and willingly with criminal Intent.



Feb. 17th 2024
Alfred Caraffa
#350727

3 of 3 of 7