MDR

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alfred E. Caraffa,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Ryan Thornell, et al.,<br><br>　　　　　Defendants. | No.   CV-24-00096-TUC-JGZ<br><br>**ORDER** |

Self-represented Plaintiff Alfred E. Caraffa, who is confined in the Arizona State Prison Complex-Tucson, filed a civil rights Complaint. (Doc. 1). The Court will dismiss the Complaint and this action, without prejudice, pursuant to 28 U.S.C. § 1915(g).

Because at least three of Plaintiff's prior actions were dismissed for failing to state a claim upon which relief may be granted,[1] Plaintiff may not bring a civil action without complete prepayment of the filing and administrative fees unless Plaintiff is in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). The "imminent danger" exception applies "if the complaint makes a plausible allegation that the prisoner faced 'imminent danger of serious physical injury' at the time of filing." *Andrews v. Cervantes*, 493 F.3d 1047, 1055 (9th Cir. 2007) (quoting § 1915(g)).

. . . .

. . . .

---

[1] *See Caraffa v. Maricopa Cnty. Sheriff's Dep't*, CV-20-00013-PHX-MTL (ESW); *Caraffa v. Maricopa Cnty. Sheriff's Off.*, CV-20-00227-PHX-MTL (ESW); and *Caraffa v. CHS*, CV-20-00256-PHX-MTL (ESW).

The allegations in Plaintiff's one-count Complaint do not plausibly suggest Plaintiff is in imminent danger of serious physical injury.[2]  Thus, the Court will dismiss Plaintiff's Complaint and this action, without prejudice, pursuant to § 1915(g).  If Plaintiff wants to reassert this claim in the future, Plaintiff must pay the filing and administrative fees in full when filing the new action.

**IT IS ORDERED:**

(1)   Plaintiff's Complaint (Doc. 1) and this action are **dismissed without prejudice**, pursuant to 28 U.S.C. § 1915(g).  If Plaintiff wishes to reassert this claim in the future, Plaintiff must pay the filing and administrative fees in full when filing the new action.

(2)   The Clerk of Court must enter judgment accordingly and close this case.

(3)   The docket shall reflect that the Court, pursuant to 28 U.S.C. § 1915(a)(3), has considered whether an appeal of this decision would be taken in good faith and certifies that an appeal would not be taken in good faith for the reasons stated in the Order and because there is no arguable factual or legal basis for an appeal.

Dated this 4th day of March, 2024.

_____
Jennifer G. Zipps
United States District Judge

---

[2] Plaintiff claims Defendants did not serve Plaintiff a "brunch meal at breakfast []or a third meal" on Saturday, February 17, 2024.